UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 2:16-CR-110-JTM-JEM |
| | ) | |
| BRIAN OLIVER, | ) | |
| Defendant. | ) | |

**FINDINGS AND RECOMMENDATIONS
OF THE MAGISTRATE JUDGE
UPON A SUPERVISED RELEASE REVOCATION HEARING**

TO: THE HONORABLE JAMES T. MOODY,
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF INDIANA

On December 20, 2021, the United States Government appeared by counsel Assistant United States Attorney Michael J. Toth, and Defendant Brian Oliver appeared in person and by counsel Matthew Soliday and in the custody of the United States Marshal. A United States Probation Officer also appeared. The Supervised Release Revocation Hearing was held. The Court received evidence and comments.

Based upon the record of proceedings the Court makes this Report and Recommendation.

On October 24, 2017, Defendant Oliver pled guilty to Count 2 charged in the Indictment (possession of a stolen firearm) and on January 18, 2018, Judge James T. Moody sentenced him to a term of 60 months followed by 2 years supervised release subject to specified written terms and conditions.

On May 17, 2021, the Government filed a petition alleging that Defendant violated the terms and conditions of supervised release [DE 52], and an arrest warrant was issued. On August 19, 2021, an Initial Appearance was held, at which time Defendant Oliver was detained.

1

On November 23, 2021, Judge James Moody issued an Order referring this case to the undersigned Magistrate Judge to conduct the Supervised Release Revocation Hearing, to recommend modification, revocation, or termination of the supervised release in this case, and to submit proposed findings and recommendations pursuant to 18 U.S.C. § 3401(i), 28 U.S.C. § 636(b)(1)(B), and N.D. Ind. Local Rule 72-1.

As a result of the December 20, 2021, Supervised Release Revocation Hearing, the undersigned Magistrate Judge **FINDS** that:

1. Defendant Oliver has been advised of his right to remain silent, his right to counsel, his right to be advised of the charges against him, his right to a contested Supervised Release Revocation Hearing, and his rights in connection with such a hearing;

2. Defendant Oliver understands the proceedings, allegations and his rights;

3. Defendant Oliver knowingly and voluntarily admitted that he committed the offenses of theft, use of controlled substances, and failure to report his arrest [DE 62];

4. The violations are a Grade C violation, Defendant's criminal history category is V, and the suggested penalty range is 7-13 months incarceration, with a statutory maximum of 24 months.

The undersigned Magistrate Judge **RECOMMENDS** to Judge James Moody that:

1. Defendant Oliver be adjudged to have committed a violation of his supervised release described in the May 17, 2021 Petition [DE 52];

2. The Agreed Disposition of Supervised Release Violation [DE 62] be accepted; and

3. Defendant Oliver be sentenced to a term of 7 months incarceration, with credit for time served, with a recommendation that he be sentenced to a halfway house in

Michigan City.

The parties agreed to waive any objections to these Findings and Recommendation.

SO ORDERED this 20th day of December, 2021.

s/ John E. Martin  
MAGISTRATE JUDGE JOHN E. MARTIN  
UNITED STATES DISTRICT COURT

cc:   All counsel of record  
     District Judge James Moody