# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:16 CR 110 |
| | ) | |
| BRIAN OLIVER | ) | |

## O R D E R

Pursuant to the Report and Recommendation of the United States Magistrate Judge (DE # 68), to which objections have been waived (DE # 67), the Magistrate Judge's findings and recommendations are now **ADOPTED**. Defendant is **ADJUDGED** to have committed the violation of supervised release described in the May 17, 2021, Petition. Defendant's supervised release is **REVOKED**. The court accepts the Agreed Disposition of Supervised Release Violation. (DE # 62.) Defendant is ordered committed to the United States Bureau of Prisons forthwith to serve seven (7) months of incarceration, with no term of supervision to follow. Defendant is to be given credit for time served while awaiting disposition of the Government's petition to revoke defendant's supervised release. The court recommends that defendant be placed in a halfway house in Michigan City, Indiana.

**SO ORDERED.**

Date: December 21, 2021

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT